


GMM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUES BRYANT | No. 1:25-cr-00270<br>Judge Elaine E. Bucklo<br>Magistrate Judge Gabriel A. Fuentes<br>RANDOM / Cat. 3<br><br>Violation: Title 18, United States Code, Section 2113(a) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about March 15, 2022, at Arlington Heights, in the Northern District of Illinois, Eastern Division,

MARQUES BRYANT,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $1,800 in United States currency belonging to, and in the care, custody, control, management, and possession of Chase Bank, located at 42 East Golf Road, Arlington Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY